

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00750-CR

Allison Michelle **JACOBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 544462
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file its brief, Appellant's brief was due on December 26, 2018. Two days later, Appellant filed the brief and a second motion for extension of time to file the brief.

Appellant's motion is GRANTED; the brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court